**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **REBECCA SHURETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-248 (MTT)** |
| | ) | |
| **Deputy Sheriff JALEEL BROWN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Plaintiff Rebecca Shurett moves for court-appointed counsel. ECF 9. Shurett's First Amendment retaliation, excessive force, and failure to intervene claims survived frivolity review. ECF 4. Shurett states the issues are complex, require extensive discovery, and require counsel to conduct examinations. ECF 9 at 1. She further states that she has been diligent but unsuccessful in her efforts to obtain counsel. *Id.*

"Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). Plaintiff has not shown the existence of exceptional circumstances necessary to justify the appointment of counsel in his civil case. Accordingly, Plaintiff's motion (ECF 9) is **DENIED**.

**SO ORDERED**, this 9th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT